```
              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

VANTREASE FRAZIER                                      PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:23-cv-49-DCB-ASH

JAMES BRUMFIELD, et al.                                DEFENDANTS

**ORDER**

This matter is before the Court on Magistrate Judge Andrew S. Harris's Report and Recommendation [50], to which no objections have been filed. Plaintiff has filed a motion to voluntarily dismiss Defendant Herbert Young [32], and he confirmed his intent to the Magistrate Judge at an omnibus hearing on August 21, 2024. Defendants do not oppose Plaintiff's Motion to Dismiss. The Magistrate Judge recommends that Plaintiff's Motion to Dismiss Herbert Young be dismissed without prejudice, and the Court agrees. Accordingly,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [50] is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Dismiss [32] is GRANTED, and Defendant Herbert Young is dismissed without prejudice from this lawsuit.

SO ORDERED this the 30th day of January 2025.

                         /s/  David Bramlette
                    UNITED STATES DISTRICT JUDGE