IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VANTREASE FRAZIER                                          PLAINTIFF

VS.                               CIVIL ACTION NO. 5:23-CV-49-DCB-ASH

PIKE COUNTY, MISSISSIPPI                                    DEFENDANT

ORDER

Before the Court is the Report and Recommendation [ECF No. 106] of the United States Magistrate Judge entered herein on May 14, 2026, after referral of hearing by this Court.  In the Report and Recommendation, Judge Harris recommended that the Court grant the Motion for Summary Judgment [ECF No. 84] filed by the sole remaining defendant, Pike County, Mississippi; deny as moot Plaintiff Vantrease Frazier's Motion for Injunction [ECF No. 90]; and deny as untimely Frazier's Motion for Summary Judgment [ECF No. 103].  Plaintiff has failed to file objections to the Report and Recommendation within the time to do so, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [ECF No. 106] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and this action is hereby dismissed with

prejudice against Defendant Pike County, Mississippi.  A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED, this the 22nd day of July, 2026.


/s/ David Bramlette
UNITED STATES DISTRICT JUDGE